# EXHIBIT C

# STATE OF EMERGENCY DECLARATION

*A State of Emergency is hereby declared in* Broome County _____
*effective at:*                                  *(area within municipality, or entire municipality)*

12:00PM   *on* May 11, 2023 _____.
    *(time)*                *(date)*

*This State of Emergency has been declared due to*
The County of Broome is experiencing a housing crisis due to the limited number of temporary and permanent housing, furthermore

Broome County is not capable of receiving and sustaining any number of migrants and / or asylum seekers. _____.
                                *(description of situation)*

*This situation threatens the public safety.*

*This State of Emergency will remain in effect for thirty (30) days or until rescinded by a subsequent order.*

*As the Chief Executive of* Broome County _____,
                         *(name of municipality)*

*I,* Jason T. Garnar _____, *exercise the authority given me under*
               *(name of Chief Executive)*

*Section 24 of the New York State Executive Law, to preserve the public safety and hereby render all required and available assistance vital to the security, well-being, and health of the citizens of this Municipality.*

*I hereby direct all departments and agencies of*

Broome County _____ *to take whatever steps necessary to*
               *(name of municipality)*

*protect life and property, public infrastructure, and provide such emergency assistance deemed necessary.*

Jason T. Garnar _____      _____
           *(Name)*                          *(Signature)*

County Executive _____      May 11, 2023 _____
           *(Title)*                            *(Date)*

# EMERGENCY ORDER

Local Emergency Order for Broome County:

I, Jason T. Garnar, the Chief Executive of Broome County, in accordance with a declaration of a State of Emergency issued on May 11, 2023, and pursuant to Section 24 of New York State Executive Law, do herby order:

**Prohibition of foreign municipal programs that burden the County.**

A. No municipality may make contracts with persons, businesses, or entities doing business within the County to transport migrants or asylum seekers to locations in the County, or to house persons at locations in the County for any length of time without the express written permission of the County Executive or his designee. In addition, no person or entity may act on behalf of any municipality or in performance of a municipal program, or other act funded by a municipality, to perform an act in violation of this subsection.

B. No hotel, motel, owner of a multiple dwelling, or shelter in Broome County is permitted to contract or otherwise engage in business with any other municipality other than the County of Broome (an "external municipality") for the purpose of providing housing or accommodations for migrants or asylum seekers without a license granted by the County. This prohibition extends to any person or entity participating in an external municipality's government program, or a contract or service funded by an external municipality or acting on behalf of any external municipality.

   1. Licenses will be granted only by the Broome County's Health Department Director (the Director). The Director may enlist the services of any other agency within the executive branch of the County government to perform the duties necessary to affect this provision.
   2. Licenses will only be granted where, to the satisfaction of the Director, both the applicant and the foreign municipality demonstrate that:
      i. The contract provides that the migrants or asylum seekers will be returned to the foreign municipality from which they arrived or another location outside the County, within fifteen days; and
      ii. The foreign municipality demonstrates to the County that it has sufficient funding to sustain the needs of the migrants or asylum seekers during the time of their stay; and
      iii. The foreign municipality agrees to assume any costs expended by any municipality in the County ("domestic municipalities") including the County itself, for the care, welfare, law enforcement interactions, or other expenses related to municipal interaction with the migrants or asylum seekers upon demand;
      iv. The applicant and the foreign municipality each have a performance bond for the conditions set by the license in the amount of $2,000 per migrant or asylum seeker being housed or boarded at the applicant's facility.

   3. The conditions described in this section will not apply to any contract directly between the foreign municipality and the County.

Emergency Order #1

    4. License renewal will be at the sole discretion of the Director, after consideration of the purpose and intent of the State of Emergency that instigated this Emergency Order.

C. Remedies.

    1. Appearance tickets. The Broome County Sheriff's Office is authorized to issue appearance tickets for any violation of this Emergency Order for the penalty prescribed by NYS Executive Law § 24(5).

    2. Civil penalties. In addition to those penalties prescribed by NYS Executive Law § 24(5), any person who violates any provision of this Emergency Order or any term or condition of any license issued pursuant to this Emergency Order, shall be liable to a civil penalty, to be determined by a process set by the Director, of not more than $2,000 per migrant/asylum seeker housed by the foreign municipality or other violator, for each day or part thereof during which such violation continues. The civil penalties provided by this subdivision shall be recoverable in an action instituted in the name of this County and initiated by the Director.

    3. Abatement. Regardless of any other remedy or relief brought by the County for any violation, the Director is authorized to direct the County Attorney to commence actions or proceedings in the name of the County, in a court of competent jurisdiction, to abate any violation of, or to enforce any provision of this Emergency Order.

D. Remedies not exclusive.

    1. No remedy or penalty specified in this Emergency Order shall be the exclusive remedy or remedy available to address any violation described in this Emergency Order.

    2. Each remedy or penalty specified in this Emergency Order shall be in addition to, and not in substitution for or limitation of, the other remedies or penalties specified in this Emergency Order or in any other applicable law.

    3. Any remedy or penalty specified in this section may be pursued at any time, whether prior to, simultaneously with, or after the pursuit of any other remedy or penalty specified in this Emergency Order or in any other applicable law.

    4. In particular, but not by way of limitation, each remedy and penalty specified in this section shall be in addition to, and not in substitution for or limitation of, the penalties specified in NYS Executive Law § 24, and any remedy or penalty specified in this section may be pursued at any time, whether prior to, simultaneously with, or after the pursuit of any penalty specified in NYS Executive Law § 24.

Emergency Order #1

**Section 3. <u>Punishment</u>**

In accordance with Executive Law Section § 24, any person who knowingly violates the provisions of this order shall be guilty of a Class B Misdemeanor.

**Section 4. <u>Effective Date</u>**

This Executive Order shall take effect immediately.

**Section 4. <u>Duration of Local Emergency Order</u>**

The Local Emergency Order shall remain in effect for five days unless sooner modified, extended, or revoked, and may be extended for additional periods not to exceed five days during the pendency of the local state of emergency.

Failure to obey this order is a criminal offense, punishable by law under New York State Executive Law §24(5).

Signed this the 11th day of May 2023, at 12:00 o'clock P.M. in, Broome County, New York.

_____
Jason T. Garnar
_____
County Executive


_____
Patrick Dewing
*(Witness)*
_____
Director, Office of Emergency Services



# COUNTY OF DUTCHESS
**William F.X. O'Neil**
*County Executive*

## MEMORANDUM

**TO:**     Leigh Wager, Clerk of the Legislature
Brad Kendall, Dutchess County Clerk
Dana Smith, Dutchess County Dept of Emergency Response

**FROM:**   Cindi Halupke, Executive Secretary

**RE:**     Executive Order 5 of 2023

**DATE:**   May 19, 2023

Attached please find Executive Order 5 of 2023.   Originals to follow in Interoffice Mail.

Please let me know if you have any questions or need additional information.

Thank you.


Attachments



**William F. X. O'Neil**
**Acting Dutchess County Executive**

## EXECUTIVE ORDER NO. 5 of 2023

## DECLARATION OF A LOCAL STATE OF EMERGENCY

## May 18, 2023

**WHEREAS,** a national immigration crisis in the United States has resulted in thousands of migrants and/or asylum seekers entering the United States from their countries of origin, and such individuals enter the U.S. with no plans for shelter, and they may require medical, social services, and legal services, but have no immediate plan or access to such services without government assistance, and

**WHEREAS,** thousands of shelter-seeking individuals have arrived in the City of New York within the past year to the present date, with the City of New York alone reporting that it is currently providing temporary housing for in excess of 36,000 migrants and/or asylum seekers who have crossed the border entering of the United States, and

**WHEREAS**, as a result of thousands of migrants and/or asylum seekers arriving in New York City after crossing the border, with no immediate plans for shelter, Mayor of the City of New York, Eric Adams, issued an Emergency Executive Order No. 224 effective October 7, 2022, and

such order has been extended every thirty (30) days, most recently on May 5, 2023, given the continuing "unprecedent humanitarian crisis that requires it to take extraordinary measures to meet the immediate needs of the asylum seekers", and

**WHEREAS,** on May 11, 2023, representatives from the City of New York, including Mayor Adams, advised Dutchess County, and other counties, that the City has received over 65,000 migrants and asylum seekers in the past year who require housing and services, and consequently, the City is housing in excess of 39,000 people, using 130 hotels as emergency shelters, opened 8 humanitarian relief shelters, and is opening "tents" for shelters in order to accommodate the influx of migrants and/or asylum seekers who have crossed the United States border seeking shelter and services, and

**WHEREAS,** in anticipation of an expected "surge" of migration into the United States, and by extension, the State of New York, comprising the "imminent arrival" of "several thousand additional people seeking shelter each week" New York State Governor Kathy Hochul declared a Disaster Emergency In the State of New York by Executive Order No. 28 of 2023, effective May 9, 2023, and

**WHEREAS,** Governor Hochul recognized in the Executive Order No. 28 of 2023 that "local governments are unable to adequately respond" to this humanitarian crisis, and

**WHEREAS,** the City of New York admitted that it cannot adequately address the needs of such migrants and/or asylum seekers transferred to New York City, and has publicly advertised a brochure, "Four-Month Temporary Housing Options for Asylum Seekers: Nearby New York

Counties" whereby the City of New York busses migrants and/or asylum seekers to Hudson Valley Region counties and the City has arranged for "temporary housing and support services" including meals, case workers, laundry service, and hygiene kits, but only for a period of up to four months, and

**WHEREAS**, according to the City of New York, the needs of the migrants and asylum seekers has surpassed the availability of healthcare, mental health, social services, and housing resources the City can provide them, requiring the City to outsource the provision of certain of these services to nongovernmental organizations, and

**WHEREAS,** the healthcare, mental health, social services, and housing resources in the City of New York far exceed that which is available in the County of Dutchess, and

**WHEREAS**, the City of New York has not contracted with, sought to cooperate with, or provided Dutchess County with the City's detailed plans or reasonable notice of its plans to transport migrants and/or asylum seekers to Dutchess County, although these individuals require immediate shelter and a myriad of services for an indefinite period of time, and

**WHEREAS**, nor has the City of New York provided the County of Dutchess with any information about the identity, immigration status, number, ages, and most importantly, the general needs, of such homeless individuals which it desires to transport to Dutchess County nor has the City of New York advised local or State law enforcement of the date, time, and location of their impending arrival with sufficient time to prepare to meet their needs and ensure a peaceful and safe transport to Dutchess County, and

**WHEREAS**, rather, the County of Dutchess, local law enforcement, and local governments within the County of Dutchess have received conflicting information from the City of New York and hotel operators in Dutchess County concerning the date, time, location, and number of homeless individuals arriving in Dutchess County, which may incite public panic, frustrates the County's ability to plan for the arrival, and creates an immediate apprehension of a public emergency which imperils public safety, and

**WHEREAS**, at 6:51 p.m. on May 17, 2023, Christopher Ellis, Director of State Legislative Affairs in the Office of the Mayor of the City of New York, e-mailed Acting Dutchess County Executive William F. X. O'Neil advising him that a bus of individuals related to the "Asylum Seeker update from NYC" is expected to arrive in Poughkeepsie, New York, Dutches County, on or about 4:00 p.m. on May 18, 2023, to the Dutchess County Red Roof Inn, located at 2349 South Road, Poughkeepsie NY, with a potential capacity of 44 persons arriving, and

**WHEREAS**, in juxtaposition from the information received from Mr. Ellis, the owner of the Red Roof Inn, located at 2349 South Road Poughkeepsie, NY confirmed that the Inn lacks vacancies to accommodate 44 individuals on May 18, 2023, but further provided that he is in negotiation with the City of New York for the arrival of migrants and/or asylum seekers on Sunday, May 21, 2023, and

**WHEREAS**, the City of New York would not confirm or deny whether it intended to bus homeless migrants and/or asylum seekers on Sunday, and

4

**WHEREAS**, the County is ill-equipped to meet the needs of homeless individuals who require immediate shelter and social services and who may remain in Dutchess County for indefinite duration, and the public safety is imperiled by the City of New York's abject failure to communicate with the County, by providing less than 24 hours' notice to Dutchess County of the impending arrival of these individuals, nor credible information about the date, time or location of their appearance, nor information about their identifying information, immigration status, or general needs, and

**WHEREAS**, migrants and/or asylum seekers transported to Dutchess County from the City of New York may likely require more services within the City's presently-intended four month stay than that which is offered by the City of New York, namely, additional physical and behavioral health care beyond "hygiene kits" and "remote...telehealth", social services needs beyond a "case worker", transportation, law enforcement protection, and legal assistance, all of which could impact County government operationally and/or fiscally at every level of County government, and

**WHEREAS**, after the expiration of the initial four-month temporary relocation to Dutchess County, there is no reason to believe that migrants and/or asylum seekers will leave Dutchess County after New York City ceases to pay for the housing, meals, and social services needs for these individuals, and the Dutchess County social services district will be legally compelled to provide such services to those individuals so long as they remain without shelter, and

**WHEREAS**, Dutchess County is not capable of receiving and sustaining such volume of shelter-seeking individuals that New York City presently intends, or hereafter transports, to this County, for an unknown duration likely to exceed four months, given that the County is experiencing a housing crisis and the County's limited number of temporary housing shelter beds are already at maximum capacity and the County's affordable housing stock is at critically low levels, and

**WHEREAS**, Dutchess County local codes do not allow the use of hotels, motels, or other short-term rentals presently permitted as temporary residences to be constructed, enlarged, developed, improved, converted, used or operated for any reason other than the designated purpose authorized by permit, including as long-term housing, a rooming house, an emergency shelter, or a homeless shelter, and therefore New York City's transportation of individuals to Dutchess County hotels, motels or short-term rentals, where their needs for shelter and social services are of an indefinite duration, may be illegal, and

**WHEREAS**, Dutchess County anticipates civil disobedience and protesting on this issue, both for and against the transportation of migrants and/or asylum seekers to Dutchess County, which creates a reasonable apprehension of danger of a public emergency and imperils public safety, and

**WHEREAS**, there is reasonable apprehension of immediate danger of a public emergency, because an unknown number of persons will be transported to Dutchess County, and Dutchess County will be responsible for the public safety of these persons and all others affected in Dutchess County, and

**WHEREAS**, through the enforcement of local sanitary code, zoning code, and building code, migrants and/or asylum seekers may face refusal, removal, or eviction from hotels, motels, or short term rentals converted into emergency shelters, homeless shelters, or rooming houses, resulting in homelessness for vulnerable migrants and/or asylum seekers, and

**WHEREAS**, due to all the aforementioned circumstances, I find that there is a public emergency or reasonable apprehension of immediate danger thereof, and that the public safety is imperiled thereby, for not only the migrant and/or asylum seekers, but also to other affected residents of Dutchess County, on the basis that poorly planned and unregulated migration to Dutchess County by homeless migrants and/or asylum seekers requiring shelter and services for indefinite durations poses a grave risk to the social, health, and emergency services resources of the County, and

**WHEREAS**, these circumstances constitute an imminent peril to the public health and safety requiring the adoption of special rules, regulations, procedures and restrictions as emergency measures, and

**WHEREAS**, pursuant to the powers vested in me as County Executive by Article III of the Dutchess County Charter, Section 3.05(d) of the Administrative Code and pursuant to the provisions contained in New York Executive Law §24, which authorizes the Chief Executive to promulgate Local Emergency Orders upon a finding that the public safety is imperiled by the event of a public emergency or in the event of reasonable apprehension of immediate danger thereof, to protect life and property and to bring an emergency situation under control;

**NOW, THEREFORE**, by the power vested in me as Chief Executive of Dutchess County, it is hereby ordered:

    Section 1. <u>Local State of Emergency</u>.

        A Local State of Emergency is hereby declared to exist within the County of Dutchess and shall remain in effect for thirty (30) days unless it is terminated, rescinded or modified at an earlier date.

    Section 2. <u>Punishment.</u>

        In accordance with Executive Law Section 24, any person who knowingly violates the provisions of this order shall be guilty of a Class B Misdemeanor.

    Section 3. <u>Effective Date</u>

        This Executive Order shall take effect immediately.

Dated: this _18_ day of _May_, 20_23_
Poughkeepsie, New York

WILLIAM F. X. O'NEIL
ACTING COUNTY EXECUTIVE
DUTCHESS COUNTY
COUNTY OFFICE BUILDING
POUGHKEEPSIE, NEW YORK 12601

**L. Matthew Landers**
County Manager
Old Court House, 7 Main Street
Batavia, New York 14020
Office:  585-344-2550 Ext. 2204



**Tammi Ferringer**
Assistant County Manager
Old Court House, 7 Main Street
Batavia, New York 14020
Office:  585-344-2550 Ext. 2200

County of Genesee
State of New York

### State of Emergency Declaration

"A State of Emergency is herewith declared within the jurisdiction of:

### Genesee County

State of New York, for the period of time beginning at 12:00 p.m. on May 17, 2023, and will remain in effect for thirty (30) days or until rescinded by subsequent order.

The State of Emergency has been declared for the County of Genesee arising from New York City's actions to rapidly divert the number of migrants to other Counties in New York State to unsustainable levels. Genesee County does not have the capability to receive or sustain any number of migrants and/or asylum seekers.

This situation is a threat to public safety.

Section 24 of the New York State Executive Law, to preserve the public safety and hereby render all required and available assistance vital to the security, well-being, and health of the citizens of this Municipality.

Additional local emergency orders may be promulgated by the County Manager for Genesee County during this state of emergency in order to protect life and property and to bring the emergency condition under control."

Dated:  May 17, 2023

L. Matthew Landers
Genesee County Manager

5/20/23, 1:19 PM
Case 7:23-cv-04215-UA   Document 1-3   Filed 05/22/23   Page 16 of 49
A Declaration of State of Emergency – Greene Government

# A DECLARATION OF STATE OF EMERGENCY

Posted on May 17, 2023



## County of Greene
## Patrick S. Linger
*Chairman,* **Greene County Legislature**

A State of Emergency is herewith declared within the jurisdiction of the County of Greene, State of New York, effective immediately, May 17, 2023.

The State of Emergency has been declared due to failed Federal Policy(ies) together with New York City's mismanagement and/or underestimation of the impact of inviting "asylum seekers" to the city, resulting in New York City planning to relocate many migrants and asylum seekers to counties, outside of and nearby New York City; including Greene County.

Greene County has approximately THREE ONE HUNDREDTHS (3/100's) of the population of New York City and an economy and infrastructure consistent with that stunning differential.

Greene County is incapable of receiving and sustaining the volume of migrants and/or asylum seekers that New York City intends to deliver.

Greene County is already facing significant shortages of housing, medical care and transportation; together with a growing homeless population.

There is no hospital located within the geographic boundaries of Greene County.

Additional local Emergency Orders will be promulgated by the Chairman of the Greene County Legislature during this State of Emergency to further protect life and property and to bring the emergency conditions(s) under control.

Privacy - Terms

Patrick S. Linger
*Chairman*, Greene County Legislature

Dated: May 17, 2023

Witness by: Shaun Groden
Shaun Groden
*Greene County Administrator*

Notes:

1. This State of Emergency must be filed within seventy-two hours with the Clerk of the County legislature, Greene County Clerk, Office of the Secretary of State and the State Office of Emergency Management within the Division of Homeland Security and Emergency Services.
2. Anyone who knowingly violates any emergency order is guilty of a class B misdemeanor.

STATE OF NEW YORK )
                    ) ss.:
COUNTY OF GREENE )

I, the undersigned,

DO HEREBY CERTIFY that I have compared the above copy of a Declaration of State of Emergency (Effective immediately May 17th, 2023) signed by the Chairman of the Greene County Legislature on May 17th, 2023, with the original record in this office and that the same is a correct transcript thereof and of the whole of said original record.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the official seal of said Greene County Legislature this 17th day of May, 2023.

Tammy L. Sciavillo
Tammy L. Sciavillo
Acting Clerk, Greene County Legislature

## Local State of Emergency – Emergency Order No. 1 (Sustainable Migration)

**Posted in Government Operations**



OFFICE OF THE CHAIRMAN
GREENE COUNTY LEGISLATURE
411 Main Street
Catskill, New York 12414

LOCAL STATE OF EMERGENCY

EMERGENCY ORDER NO. 1

(Sustainable Migration)

On May 17, 2023, a State of Emergency was declared for the County of Greene arising from New York City's program to rapidly increase the number of migrants in the County to unsustainable levels.

Pursuant to NYS Executive Law §24, when a State of Emergency is in effect, the Chairman of the County Legislature may promulgate local emergency orders to protect life and property or to bring the emergency situation under control.   By law upon reconsideration of all the relevant facts and circumstances, such an order may be extended for additional periods not to exceed five days each during the pendency of the State of Emergency.

If it were allowed for the City of New York or other municipalities to simply flood the County with persons in need of services, as described in the related Declaration, this crisis would only worsen.

Therefore, by the power vested in me as Chairman of the Greene County Legislature, it is hereby ordered:

*Section 1. Prohibition of foreign municipal programs that burden the County.*

A. No municipality may make contracts with persons, businesses, or entities doing business within the County to transport migrants or asylum seekers to locations in the County, or to house persons at locations in the County for any length of time without the express written permission of the Chairman of the Greene County Legislature.  In addition, no person or entity may act on behalf of any municipality or in performance of a municipal program, or other act funded by a municipality, to perform an act in violation of this subsection.

B. No hotel, motel, or owner of a multiple dwelling in Greene County is permitted to contract or otherwise engage in business with any other municipality other than the County of Greene (an "external municipality") for the purpose of providing housing or accommodations for migrants or asylum seekers without a license granted by the County. This prohibition extends to any person or entity participating in an external municipality's government program or a contract or service funded by an external municipality or acting on behalf of any external municipality.

1. Licenses will be granted only by the County Administrator of the County of Greene (the Administrator).  The Administrator may enlist the services of any other agency within the executive branch of the County government to perform the duties necessary to effect this provision.

2. Licenses will only be granted where, to the satisfaction of the Administrator, both the applicant and the foreign municipality demonstrate that:

a. The contract provides that the migrants or asylum seekers will be returned to the foreign municipality from which they arrived or another location outside the County, within fifteen days;

b. The foreign municipality demonstrates to the County that it has sufficient funding to sustain the needs of the migrants or asylum seekers during the time of their stay; and

c. The foreign municipality agrees to assume any costs expended by any municipality in the County ("domestic municipalities') including the County itself, for the care, welfare, law enforcement interactions or other expenses related to municipal interactions, or other expenses related to municipal interaction with the migrants or asylum seekers upon demand.

d. The applicant and the foreign municipality each have a performance bond for the conditions set by the license in the amount of $2,000.00 per migrant or asylum seeker being housed or boarded at the applicant's facility.

3. The conditions described in this section will not apply to any contract directly between the foreign municipality and the County.

4. License renewal will be at the sole discretion of the Administrator, after consideration of the purpose and intent of the State of Emergency that instigated this Emergency Order.

C. Remedies.

1. Appearance tickets. The Sheriff, the Administrator and the Administrator's designees are authorized to issue appearance tickets for any violation of this Emergency Order for the penalty prescribed by NYS Executive Law §24(5).

2. Civil Penalties. In addition to those penalties prescribed by NYS Executive Law §24(5), any person who violates any provision of this Emergency Order or any term or condition of any license issued pursuant to this Emergency Order, shall be liable to a civil penalty, to be determined by a process set by the Administrator, of not more than $2,000.00 per migrant/asylum seeker housed by the foreign municipality or other violator, for each day

and part thereof during which such violation continues.  The civil penalties provided by this subdivision shall be recoverable in an action instituted in the name of this County and initiated by the Administrator.

3. Abatement.   Regardless of any other remedy or relief brought by the County for any violation, the Administrator is authorized to direct the County Attorney to commence actions or proceedings in the name of the County, in a Court of competent jurisdiction, to abate any violation of, or to enforce a provision of this Emergency Order.

D. Remedies not exclusive.
   1. No remedy or penalty specified in this Emergency Order shall be the exclusive remedy or remedy available to address any violation described in this Emergency Order.
   2. Each remedy or penalty specified in this Emergency Order shall be in addition to, and not in substitution for or limitation of, the other remedies or penalties specified in this Emergency Order or in any other applicable law.
   3. Any remedy or penalty specified in this section may be pursued at any time,    whether prior to, simultaneously with, or after the pursuit of any other remedy or penalty specified in this Emergency Order or in any other applicable law.
   4. In particular, but not by way of limitation, each remedy and penalty specified in this section shall be in addition to, and not in substitution for or limitation of, the penalties specified in NYS Executive Law §24, or any remedy or penalty specified in this section may be pursued at any time, whether prior to, simultaneously with, or after the pursuit of any penalty specified in NYS Executive Law §24.

E. Notifications.  In addition to such other powers or duties, the Sheriff of Greene County may consider in the exercise of the Sheriff's duties with respect to this Emergency Order, the Sheriff is authorized and directed by this order to make limited stops to notify persons

suspected of transporting migrants or asylum seekers into the County in violation of the restrictions and regulations of this Emergency Order, and to similarly, notify the owners and operators of facilities suspected of housing any migrants or asylum seekers or seeking or entering agreements with external municipalities, without the license required by this Emergency Order.

*Section 3.  Effective Date*

This local Emergency Order shall take effect immediately.

*Section 4.  Duration of Local Emergency Order*

The Local Emergency Order shall remain in effect for five days unless sooner modified, extended, or revoked, and may be extended for additional periods not to exceed five days during the pendency the local state of emergency.

*Section 5. Common* Name

This Order may be referred to as the "Greene County Sustainable Migration Protocol".

Dated:  May 17, 2023

*Patrick S. Linger*
*Chairman*, Greene County Legislature

STATE OF NEW YORK }
                   } ss.:
COUNTY OF GREENE }

I, the undersigned,

DO HEREBY CERTIFY that I have compared the above copy of a State of Emergency Declaration – Emergency Order No. 1 (Sustainable Migration) signed by the Chairman of the Greene County Legislature on May 17th, 2023, with the original record in this office and that the same is a correct transcript thereof and of the whole of said original record.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the official seal of said Greene County Legislature this 17th day of May, 2023.

Tammy L. Sciavillo
Acting Clerk, Greene County Legislature

# STATE OF EMERGENCY DECLARATION

***A State of Emergency is hereby declared in*** ____Herkimer County_____
***effective at:***
                                               ***(area within municipality, or entire municipality)***

__3:00 p.m.__  ***on*** __May 12, 2023_____.
***(time)***         ***(date)***

***This State of Emergency has been declared due to***
The County of Herkimer is experiencing a housing crisis due to the limited number of temporary and permanent housing.

Furthermore, Herkimer County is not capable of receiving or sustaining any number of migrants and/or asylum seekers.
                                     ***(description of situation)***

***This situation threatens the public safety.***

***This State of Emergency will remain in effect for thirty (30) days or until rescinded by a subsequent order.***

***As the Chief Executive of*** _____Herkimer County_____,
                                ***(name of municipality)***

***I,*** _____Vincent J. Bono_____, ***exercise the authority given me under***
                 ***(name of Chief Executive)***

***Section 24 of the New York State Executive Law, to preserve the public safety and hereby render all required and available assistance vital to the security, well-being, and health of the citizens of this Municipality.***

***I hereby direct all departments and agencies of***

_____Herkimer County_____ ***to take whatever steps necessary to***
           ***(name of municipality)***

***protect life and property, public infrastructure, and provide such emergency assistance deemed necessary.***

____Vincent J. Bono_____        ____Vincent J Bono 3pm_____
    ***(Name)***                          ***(Signature)***

__Chairman of the Herkimer County Legislature__      __May 12, 2023_____
       ***(Title)***                                ***(Date)***

# EMERGENCY ORDER

### Executive Order # 2023-01

**Local Emergency Order for Herkimer County**

I, Vincent J. Bono, Chairman of the Herkimer County Legislature, in accordance with a declaration of a State of Emergency issued May 12, 2023, and pursuant to Section 24 of New York State Executive Law, do hereby order:

**Section 1. <u>Prohibition of foreign municipal programs that burden the County.</u>**

A. No municipality may make contracts with persons, businesses, or entities doing business within the County to transport migrants or asylum seekers to locations in the County, or to house persons at locations in the County for any length of time without the express written permission of the Chairman of the Herkimer County Legislature. In addition, no person or entity may act on behalf of any municipality or in performance of a municipal program, or other act funded by a municipality, to perform an act in violation of this subsection.

B. No hotel, motel, or owner of a multiple dwelling in Herkimer County is permitted to contract or otherwise engage in business with any other municipality other than the County of Herkimer (an "external municipality") for the purpose of providing housing or accommodations for migrants or asylum seekers without a license granted by the County.

C. Remedies.

1. Appearance tickets. The Sheriff is authorized to issue appearance tickets for any violation of this Emergency Order for the penalty prescribed by NYS Executive Law § 24(5).

2. Civil penalties. In addition to those penalties prescribed by NYS Executive Law § 24(5), any person who violates any provision of this Emergency Order or any term or condition of any license issued pursuant to this Emergency Order, shall be liable to a civil penalty, of not more than $2,000 per migrant/asylum seeker housed by the foreign municipality or other violator, for each day or part thereof during which such violation continues. The civil penalties provided by this subdivision shall be recoverable in an action instituted in the name of this County and initiated by the County Attorney.

3. Abatement. Regardless of any other remedy or relief brought by the County for any violation, the County Attorney to commence actions or proceedings in the name of the County, in a court of competent jurisdiction, to abate any violation of, or to enforce any provision of this Emergency Order.

D. Remedies not exclusive.

    1.     No remedy or penalty specified in this Emergency Order shall be the exclusive remedy or remedy available to address any violation described in this Emergency Order.

    2.     Each remedy or penalty specified in this Emergency Order shall be in addition to, and not in substitution for or limitation of, the other remedies or penalties specified in this Emergency Order or in any other applicable law.

    3.     Any remedy or penalty specified in this section may be pursued at any time, whether prior to, simultaneously with, or after the pursuit of any other remedy or penalty specified in this Emergency Order or in any other applicable law.

    4.     In particular, but not by way of limitation, each remedy and penalty specified in this section shall be in addition to, and not in substitution for or limitation of, the penalties specified in NYS Executive Law § 24, and any remedy or penalty specified in this section may be pursued at any time, whether prior to, simultaneously with, or after the pursuit of any penalty specified in NYS Executive Law§ 24.

E.    Notifications.

In addition to such other powers or duties the Sheriff of Herkimer County may consider in the exercise of the Sheriff's duties with respect to this Emergency Order, the Sheriff is authorized and directed by this order to make limited stops to notify persons suspected of transporting migrants or asylum seekers into the County in violation of the restrictions and regulations of this Emergency Order, and to similarly, notify the owners and operators of facilities suspected of housing any migrants or asylum seekers, or seeking or entering agreements with external municipalities, without the license required by this Emergency Order.

## Section 2. Punishment

In accordance with Executive Law Section § 24, any person who knowingly violates the provisions of this order shall be guilty of a Class B Misdemeanor.

## Section 3. Effective Date

This Executive Order shall take effect immediately.

## Section 4. Duration of Local Emergency Order

The Local Emergency Order shall remain in effect for five days unless sooner modified, extended, or revoked, and may be extended for additional periods not to exceed five days during the pendency of the local state of emergency.

GIVEN, under my hand and the Seal of the County of Herkimer this Twelfth Day of May, in the year Two Thousand Twenty-Three

COUNTY OF HERKIMER

Vincent J. Bono
Chairman of the Herkimer County Legislature



# ONEIDA COUNTY
# OFFICE OF THE COUNTY EXECUTIVE

ANTHONY J. PICENTE, JR.
County Executive
ce@ocgov.net

**COUNTY OF ONEIDA**
**LOCAL EMERGENCY ORDER 1 OF 2023**

WHEREAS, by proclamation dated May 11, 2023, the County Executive of the County of Oneida declared a local state of emergency within the County in anticipation of the expiration of an order of the United States Centers for Disease Control and Prevention that prohibited the introduction into congregate settings of noncitizens arriving from or through Mexico and Canada (the "COVID-19 Migration Order"), thereby dramatically increasing the risk, already significant, that migrants will unlawfully enter the United States; and

WHEREAS, there is a national immigration crisis at the border between the United States and Mexico, creating a dramatic increase in the number of persons seeking asylum or who have illegally entered and remained in the United States (hereafter, "Migrants"), and the federal government has failed to anticipate or react to the exigent and emergent circumstances, resulting in thousands of Migrants crossing the United States border; and

WHEREAS, in the last year, the State of Texas has transported tens of thousands of Migrants from Texas to the City of New York, a "sanctuary city," straining the City's homeless, social, health, and emergency services and resulting in reported costs to the City in excess of $4 billion; and

WHEREAS, on May 5, 2023, as a result of the strain placed on the City of New York by Migrants already in the City, the Mayor of the City of New York announced plans to bus Migrants arriving in the City to counties outside of the City of New York, without assessing the capabilities of counties outside of the City of New York to house and feed vulnerable Migrant populations and lacking all authority or jurisdiction to require the same; and

WHEREAS, the County of Oneida strives to be a welcoming community and recognizes the contributions of refugees, immigrants, and lawful migrants to the County's development and emergence as the cultural and economic center of the State; however, unrestricted, unlawful migration poses a grave risk to the social, health, and emergency services resources of the County, particularly during this period of economic growth when the County's inventory of housing and emergency housing is at historic lows; and

WHEREAS, the County of Oneida is responsible for securing the health and safety of its residents, and should the City of New York or other municipalities abruptly transport large numbers of Migrants to the County, the mass arrival of these Migrants will create a social, health, and emergency services crisis, causing an increase in homelessness, threatening the health and public safety of County residents and any relocated Migrants;

NOW THEREFORE, by the power vested in me by New York State Executive Law Section 24 and Oneida County Administrative Code Section 302(k), it here hereby ORDERED:

*Section 1. Prohibition of contracts with municipalities to transport or house Migrants that jeopardize the health, safety, or welfare of the County.*

A.   No person, business or entity doing business within the County of Oneida shall agree or contract with any municipality to transport to or within the County of Oneida any Migrant without the prior written permission of the County Executive or his designee, such permission to be given only after determining that such agreement or contract would not jeopardize the health, safety, or welfare of the County and its residents.

B.   No hotel, motel, shelter, campground, or owner of a multiple dwelling in the County of Oneida shall agree or contract with any municipality to sell, lease, rent, or otherwise provide hotel rooms, housing, campgrounds, motel rooms, or short-term rentals to any Migrant without the prior written permission of the County Executive or his designee, such permission to be given only after determining that such agreement or contract would not jeopardize the health, safety, or welfare of the County and its residents.

C.   As conditions to granting the permissions described in paragraphs A and B of this Section 1, the County Executive or his designee shall require each agreement or contract with a municipal counterparty to:

   i.   Provide a date certain for the return or relocation of the Migrant to the jurisdiction of the municipal counterparty;

   ii.   Require the municipal counterparty to provide all funding to sustain the needs of the Migrant during his or her stay in the County;

   iii.   Assume all costs of the County and any political subdivision within the County arising from the agreement or contract to transport or house the Migrant, including costs for the care, welfare, law enforcement interactions, or other interactions; and

   iv.   Provide to the County a bond securing the municipal counterparty's obligations as set forth in this Section 1(C) in an amount not less than Two Thousand Dollars and Zero Cents ($2,000.00) per Migrant.

*Section 2. Penalties and Remedies.*

A.   Pursuant to New York State Executive Law Section 24(5), any person who, or entity which, knowingly violates the provisions of this Local Emergency Order shall be guilty of a class B misdemeanor. The Oneida County Sheriff is authorized to issue appearance tickets for any such knowing violation of this Local Emergency Order.

B.   In addition to the foregoing penalty, any person who, or entity which, knowingly violates any provision of this Local Emergency Order or any term or condition of the permissions authorized hereby shall be liable for a civil penalty of Two

2

Thousand Dollars and Zero Cents ($2,000.00) per day, and per each Migrant transported to or within the County or housed within the County in violation of this Local Emergency Order. The civil penalties provided by this paragraph shall be recoverable in an action instituted in the name of the County and initiated by the County.

C.      Regardless of any other penalty, remedy or relief sought by the County for any violation of this Local Emergency Order, the County Attorney may commence actions or proceedings in the name of the County, in a court of competent jurisdiction, to abate any violations of this Local Emergency Order.

D.      The penalties or remedies of this Local Emergency Order are not exclusive of any other remedy or penalty, but are in addition to all such other remedies and penalties and may be pursued at any time whether prior to, simultaneously with, or following any other remedy or penalty.

*Section 3. Comprehensive Emergency Management Plan.* Pursuant to the Oneida County Comprehensive Emergency Management Plan, the County Executive and the Oneida County Director of Emergency Services shall activate and initiate all processes necessary to effectuate the provisions of this Local Emergency Order.

*Section 4. Severability.* If any clause, sentence, paragraph or part of this Local Emergency Order shall be adjudged by any court of competent jurisdiction to be invalid, such judgment shall not affect, impair or invalidate the remainder hereof, but shall be confined in its operation to the clause, sentence, paragraph, section or part of this Local Emergency Order so adjudged to be invalid.

*Section 5. Effective Date and Expiration.* This Local Emergency Order shall take effect immediately and shall remain in effect for a period of five (5) days. This Local Emergency Order may be renewed for additional periods of five (5) days each.

This Local Emergency Order shall be executed in quadruplicate and filed within seventy-two hours or as soon thereafter as practicable in the office of the Clerk of Board of Legislators, the office of the County Clerk, the New York Secretary of State, and the New York State Office of Emergency Management withing the Division of Homeland Security and Emergency Services.

ANTHONY J. PICENTE, JR.
COUNTY EXECUTIVE

Date:    5 - 11 - 23

3

**LYNNE M. JOHNSON**
Chairman
**WILLIAM H. EICK**
Vice Chairman
**JOHN C. WELCH, JR.**
Chief Administrative Officer
**LISA STENSHORN**
Clerk of the Legislature
**KATHERINE BOGAN**
County Attorney



**LEGISLATORS**

Donald J. Allport    - At Large
Edward F. Morgan   - At Large
Merle L. Draper     - At Large
William H. Eick      - District 1
Lynne M. Johnson   - District 2
Fred Miller          - District 3
John M. Fitzak       - District 4

**ORLEANS COUNTY LEGISLATURE**
14016 Route 31 W, Suite 201, Albion, New York 14411
Phone: (585) 589-7053   Fax: (585) 589-1618
www.orleanscountyny.com

## EMERGENCY ORDER

### Local Emergency Order for Orleans County dated May 17, 2023

I, Lynne M. Johnson, Chairman of the Orleans County Legislature, in accordance with a declaration of a State of Emergency issued May 17, 2023, and pursuant to Section 24 of New York State Executive Law, do hereby order:

**Section 1.  Prohibition of foreign municipal programs that burden the County.**

    A. No municipality or entity may make contracts with persons, businesses, or entities doing business within the County to transport migrants or asylum seekers to locations in the County, or to house persons at locations in the County for any length of time without the express written permission of the Chairman of the Orleans County Legislature. In addition, no person or entity may act on behalf of any municipality or in performance of a municipal program, or other act funded by a municipality, to perform an act in violation of this subsection.

    B. No hotel, motel, or owner of a multiple dwelling in Orleans County is permitted to contract or otherwise engage in business with any other municipality other than the County of Orleans (an "external municipality") for the purpose of providing housing or accommodations for migrants or asylum seekers without written approval granted by the County.

    C. Remedies.

        1. Appearance tickets.  The Sheriff is authorized to issue appearance tickets for any violation of this Emergency Order for the penalty prescribed by NYS Executive Law§ 24(5).

        2. Civil penalties. In addition to those penalties prescribed by NYS Executive Law§ 24(5), any person who violates any provision of this Emergency Order or any term or condition of any license issued pursuant to this Emergency Order, shall be liable to a civil penalty, of not more than $2,000 per migrant/asylum seeker housed by the foreign municipality or other violator, for each day or part thereof during which such violation continues. The civil penalties provided by this subdivision shall be recoverable in an action instituted in the name of this County and initiated by the County Attorney.

        3. Abatement.  Regardless of any other remedy or relief brought by the County for any violation, the County Attorney to commence actions or proceedings in the name of the County, in a court of competent jurisdiction, to abate any violation of, or to enforce any provision of this Emergency Order.

D. Remedies not exclusive.

    1.    No remedy or penalty specified in this Emergency Order shall be the exclusive remedy or remedy available to address any violation described in this Emergency Order.

    2.    Each remedy or penalty specified in this Emergency Order shall be in addition to, and not in substitution for or limitation of, the other remedies or penalties specified in this Emergency Order or in any other applicable law.

    3.    Any remedy or penalty specified in this section may be pursued at any time, whether prior to, simultaneously with, or after the pursuit of any other remedy or penalty specified in this Emergency Order or in any other applicable law.

    4.    In particular, but not by way of limitation, each remedy and penalty specified in this section shall be in addition to, and not in substitution for or limitation of, the penalties specified in NYS Executive Law § 24, and any remedy or penalty specified in this section may be pursued at any time, whether prior to, simultaneously with, or after the pursuit of any penalty specified in NYS Executive Law § 24.

E. Notifications.

In addition to such other powers or duties the Sheriff of Orleans County may consider in the exercise of the Sheriff's duties with respect to this Emergency Order, the Sheriff is authorized and directed by this order to make limited stops to notify persons suspected of transporting migrants or asylum seekers into the County in violation of the restrictions and regulations of this Emergency Order, and to similarly, notify the owners and operators of facilities suspected of housing any migrants or asylum seekers, or seeking or entering agreements with external municipalities, without the written approval required by this Emergency Order.

**Section 2.  <u>Punishment</u>**

In accordance with Executive Law Section § 24, any person who knowingly violates the provisions of this order shall be guilty of a Class B Misdemeanor.

**Section 3.  <u>Effective Date</u>**

This Emergency Order shall take effect immediately.

**Section 4.  <u>Duration of Local Emergency Order</u>**

The Local Emergency Order shall remain in effect for five days unless sooner modified, extended, or revoked, and may be extended for additional periods not to exceed five days during the pendency of the local state of emergency.

GIVEN, under my hand and the Seal of the County of Orleans this Seventeenth Day of May, in the year Two Thousand Twenty-Three

COUNTY OF ORLEANS

Lynne M. Johnson
Chairman of the Orleans County Legislature



**Rensselaer County**
**Office of County Executive Steven F. McLaughlin**
99 Troy Road East Greenbush, NY 12061
(518) 270-2900

## LOCAL STATE OF EMERGENCY PROCLAMATION

**WHEREAS**, illegal aliens are crossing over the borders of the United States in increasing numbers; and

**WHEREAS**, over the past several months, tens thousands of illegal aliens have arrived in New York City; and

**WHEREAS**, the Mayor of the City of New York has declared the increase in illegal aliens in the City of New York to be a humanitarian crisis; and

**WHEREAS,** the U.S. Department of Health and Human Services is planning for the federal Public Health Emergency for COVID-19 to expire on May 11, 2023;

**WHEREAS,** upon the expiration of the federal Health Emergency for COVID-19, the Centers for Disease Control and Prevention order under Title 42, which suspended the allowance of certain persons travelling from Canada or Mexico, will also expire on May 11, 2023; and

**WHEREAS,** with the imminent lifting of the Title 42 order, the Mayor of the City of New York expects an even larger influx of illegal aliens and has put in place plans to send illegal aliens from the City of New York to other areas throughout the State of New York; and

**WHEREAS,** the County of Rensselaer does not have the capacity or resources to receive and sustain an extraordinary increase in the number of illegal aliens; and

**WHEREAS,** based on the foregoing and other relevant considerations, the immediate danger of an extraordinary increase in the number illegal aliens

entering the County of Rensselaer imperils the public safety within the County of Rensselaer; and

**NOW THEREFORE,** pursuant to New York State Executive Law Section 24 and Article 3 of the Rensselaer County Charter, I, Steven F. McLaughlin, County Executive for the County of Rensselaer, hereby proclaim a state of emergency within the territorial limits of the County of Rensselaer, effective immediately, and continuing until the earlier of the date that is thirty days from the date of this Proclamation or the date on which I rescind this Proclamation.

May 9, 2023

Steven F. McLaughlin
County Executive



**Rensselaer County**
**Office of County Executive Steven F. McLaughlin**
99 Troy Road East Greenbush, NY 12061
(518) 270-2900

## LOCAL STATE OF EMERGENCY ORDER

On May 9, 2023, the Rensselaer County Executive proclaimed a local statement of emergency for the County of Rensselaer because public safety within the County of Rensselaer is imperiled due to the immediate danger of an extraordinary increase in the number of illegal aliens entering the County of Rensselaer.

Pursuant to NYS Executive Law§ 24, when a State of Emergency is in effect, the County Executive may promulgate local emergency orders to protect life and property or to bring the emergency situation under control. By law upon reconsideration of all the relevant facts and circumstances, such an order may be extended for additional periods not to exceed five days each during the pendency of the state of emergency.

Accordingly, by the power vested in me as County Executive of Rensselaer County, it is hereby ordered:

Section 1. Prohibition of foreign municipal programs that burden the County.

A.    No municipality may make contracts with persons, businesses, or entities doing business within the County to transport migrants or asylum seekers to locations in the County, or to house persons at locations in the County for any length of time without the express written permission of the County Executive. In addition, no person or entity may act on behalf of any municipality or in performance of a municipal program, or other act funded by a municipality, to perform an act in violation of this subsection.

B.    No hotel, motel, or owner of a multiple dwelling in Rensselaer County is permitted to contract or otherwise engage in business with any other municipality other than the County of Rensselaer (an "external municipality") for the purpose of providing housing or accommodations for migrants or asylum seekers without a license granted by the County. This prohibition extends to any

person or entity participating in an external municipality's government program, or a contract or service funded by an external municipality, or acting on behalf of any external municipality.

1. Licenses will be granted only by the Public Health Director of the Rensselaer County Department of health. The Director may enlist the services of any other agency within County government to perform the duties necessary to effect this provision.

2. Licenses will only be granted where, to the satisfaction of the Director, both the applicant and the foreign municipality demonstrate that:

    a. The contract provides that the migrants or asylum seekers will be returned to the foreign municipality from which they arrived or another location outside the County, within fifteen days; and

    b. The foreign municipality demonstrates to the County that it has sufficient funding to sustain the needs of the migrants or asylum seekers during the time of their stay; and

    c. The foreign municipality agrees to assume any costs expended by any municipality in the County ("domestic municipalities") including the County itself, for the care, welfare, law enforcement interactions, or other expenses related to municipal interaction with the migrants or asylum seekers upon demand; and

    d. The applicant and the foreign municipality each have a performance bond for the conditions set by the license in the amount of $2,000 per migrant or asylum seeker being housed or boarded at the

applicant's facility.

3.    The conditions described in this section will not apply to any contract directly between the foreign municipality and the County.

4.    License renewal will be at the sole discretion of the Director, after consideration of the purpose and intent of the State of Emergency that instigated this Emergency Order.

C.    Remedies.

1.    Appearance tickets. The Sheriff, the Director and the Director's designees are authorized to issue appearance tickets for any violation of this Emergency Order for the penalty prescribed by NYS Executive Law § 24(5).

2.    Civil penalties. In addition to those penalties prescribed by NYS Executive Law § 24(5), any person who violates any provision of this Emergency Order or any term or condition of any license issued pursuant to this Emergency Order, shall be liable to a civil penalty, to be determined by a process set by the Director, of not more than $2,000 per migrant/asylum seeker housed by the foreign municipality or other violator, for each day or part thereof during which such violation continues. The civil penalties provided by this subdivision shall be recoverable in an action instituted in the name of this County and initiated by the Director.

3.    Abatement. Regardless of any other remedy or relief brought by the County for any violation, the Director is authorized to request the County Attorney to commence actions or proceedings in the name of the County, in a court of competent jurisdiction, to abate any violation of, or to enforce any provision of this Emergency Order.

D.    Remedies not exclusive.

1.    No remedy or penalty specified in this Emergency Order shall be the exclusive remedy or remedy available to address any violation described in this Emergency Order.

2.    Each remedy or penalty specified in this Emergency Order shall be in addition to, and not in substitution for or limitation of, the other remedies or penalties specified in this Emergency Order or in any other applicable law.

3.    Any remedy or penalty specified in this section may be pursued at any time, whether prior to, simultaneously with, or after the pursuit of any other remedy or penalty specified in this Emergency Order or in any other applicable law.

4.    In particular, but not by way of limitation, each remedy and penalty specified in this section shall be in addition to, and not in substitution for or limitation of, the penalties specified in NYS Executive Law § 24, and any remedy or penalty specified in this section may be pursued at any time, whether prior to, simultaneously with, or after the pursuit of any penalty specified in NYS Executive Law§ 24.

E.    Notifications. In addition to such other powers or duties the Sheriff of Rensselaer County may consider in the exercise of the Sheriff's duties with respect to this Emergency Order, the Sheriff is authorized and directed by this order to make limited stops to notify persons suspected of transporting migrants or asylum seekers into the County in violation of the restrictions and regulations of this Emergency Order, and to similarly, notify the owners and operators of facilities suspected of housing any migrants or asylum seekers, or seeking or entering agreements with external municipalities, without the license required by this Emergency Order.

*Section 3. Effective Date.*

This Local Emergency Order shall take effect immediately.

*Section 4. Duration of Local Emergency Order*

The Local Emergency Order shall remain in effect for five days unless sooner modified, extend ed, or revoked, and may be extend ed for additional periods not to exceed five days during the pendency of the local state of emergency.

*Section 5. County Subdivisions*

To the extent allowed by applicable governing law, all departments and subdivisions of the County of Rensselaer are hereby directed to develop and implement policies and procedures consistent with this Order.

*Section 6. Common Name*

This Order may be referred to as the "Rensselaer County Sustainable Migration Protocol."

Dated: May 9, 2023

Steven F. McLaughlin
County Executive
County of Rensselaer

# LOCAL STATE OF EMERGENCY DECLARATION

A Local State of Emergency is hereby declared in the County of Saratoga effective at _4:45pm_ on _May 19, 2023_.

**WHEREAS**, this Local State of Emergency has been declared due to the national immigration crisis at the border between the United States and Mexico whereby an overwhelming number of illegal immigrants, migrants and asylum seekers are crossing over the open border of the United States; and

**WHEREAS**, over the past several months, tens of thousands of illegal immigrants, migrants and asylum seekers have arrived in New York City; and

**WHEREAS**, the U.S. Department of Health and Human Services federal Public Health Emergency for COVID-19 expired on May 11, 2023;

**WHEREAS**, upon the expiration of the federal Health Emergency for COVID-19, the Centers for Disease Control and Prevention order under Title 42, which suspended the allowance of certain persons travelling from Canada or Mexico, also expired on May 11, 2023; and

**WHEREAS**, the Mayor of the City of New York has declared the increase in illegal immigrants, migrants and asylum seekers in the City of New York to be a humanitarian crisis; and

**WHEREAS**, with the lifting of the Title 42 order, the Mayor of the City of New York expects an even larger influx of illegal immigrants, migrants and asylum seekers and has put in place plans to send illegal immigrants from the City of New York to other counties throughout the State of New York; and

**WHEREAS**, there is no indication that the migrants and asylum seekers being transported to counties outside of New York City for immediate shelter and services will be for a short-term period of time; and

**WHEREAS**, as of 2022 the US Census Bureau estimates the population of Saratoga County to be 238,797, and the County is rated to be one of the fastest growing counties in New York State and, therefore, would be especially sensitive to further change in population; and

**WHEREAS,** the County of Saratoga does not have the capacity or resources to receive and sustain a significant increase in the number of illegal immigrants, migrants and/or asylum seekers; and

**WHEREAS,** the County of Saratoga does not have adequate infrastructure to meet the needs of the overflow of illegal immigrants, migrants and asylum seekers overwhelming the New York City systems; and

**WHEREAS,** all temporary housing shelter beds in Saratoga County are currently at maximum capacity and cannot accommodate additional homeless individuals; and

**WHEREAS,** there is no legal basis to provide adequate services to these illegal immigrants, migrants and/or asylum seekers by the County's Department of Social Services because of their age and immigration status; and

**WHEREAS,** the County of Saratoga anticipates potential civil disobedience and protesting on this issue both for and against the transportation of illegal immigrants, migrants and/or asylum seekers to Saratoga County; and

**WHEREAS,** due to the above circumstances and threat to public safety, I find reasonable apprehension of the immediate danger thereof that public safety and public health is imperiled thereby, for not only the illegal immigrants, migrants and/or asylum seekers, but also to the other affected residents of Saratoga County; and

**NOW THEREFORE,** as the Chief Executive of the County of Saratoga, I, Theodore T. Kusnierz, Jr. exercise the authority given me under Section 24 of the New York State Executive Law, to preserve the public safety and hereby render all required and available assistance vital to the security, well-being, and health of the citizens of this Municipality, and hereby proclaim and declare a local state of emergency within the County of Saratoga, effective May 19, 2023 and continuing until June 18, 2023, unless I rescind or extend such local state of emergency.

I hereby direct all departments, agencies, and municipalities of Saratoga County to take whatever steps necessary to protect life and property, public infrastructure, and provide such emergency assistance deemed necessary.

This declaration shall be executed in quadruplicate and filed within seventy-two hours or as soon thereafter as practicable in the office of the Clerk of the Board, the office of the County Clerk, the New York State Secretary of State, and the New York State Office of Emergency Management within the Division of Homeland Security and Emergency Services.

**Theodore T. Kusnierz Jr.**
*(Name)*

*(Signature)*

**Chairman of the Board of Supervisor**
*(Title)*

5-19-23
*(Date)*

**⌂HOMEPAGE LINK** (/home)

Contact Us (/contact)   Webmail (https://webmail.sullivanny.us/owa)   **f FACEBOOK LINK** (https://www.facebook.com/sullivancountygov/)**⊙ INSTAGRAM LINK** (https://www.Instagram.com/sullivancountygov)**▶ YOUTUBE LINK** (https://www.youtube.com/channel/UC-6KnDAiuQEnDNWO13Ev1sw)**🐦 TWITTER LINK** (https://twitter.com/sullivancntygov)**in LINKED IN LINK** (https://www.linkedin.com/company/sullivancountynygovernment)**▣ COUNTY NEWS** (/news/2023) **◼ COUNTY VIDEO** (https://www.elocallink.tv/m/v/Redesign4/? pid=w4w3y6A3z21&fp=nysulli22_wel_rev1_iwd)

 (/)

How can we help?    ☐

# STATE OF EMERGENCY DECLARATION

Thursday, May 18, 2023

A State of Emergency is hereby declared in the County of Sullivan effective at 1:00PM on May 18, 2023.

This State of Emergency has been declared due to the fact that the County of Sullivan is currently experiencing a severe housing crisis. The County of Sullivan's housing stock significantly limits its ability to provide temporary, permanent and emergency housing for the citizens of Sullivan County and the clients of Sullivan County's local social services district. The County of Sullivan is not capable of receiving clients from other local services districts, including New York City, and providing housing to those individuals.

The imminent arrival of New York City's local social services district's clients to the County of Sullivan for the purpose of seeking housing has created this State of Emergency and this situation threatens the public health and the public safety.

This State of Emergency will remain in effect for thirty (30) days or until rescinded by a subsequent order.

As the Chief Executive of the County of Sullivan, I, Joshua A. Potosek, exercise the authority given me under Section 24 of the New York State Executive Law, to preserve the public health and safety and hereby render all required and available assistance vital to the security, well-being, and health of the citizens of this Municipality.

I hereby direct all departments and agencies of the County of Sullivan to take whatever steps necessary to protect life, health, and property, public infrastructure, and provide such emergency assistance deemed necessary.

Date: May 18, 2023

_____

Joshua A. Potosek, M.B.A.

Manager, County of Sullivan

Local State of Emergency Order

On May 18, 2023, the Sullivan County Manager proclaimed a State of Emergency for the County of Sullivan because its public safety is at risk due to the imminent danger of the number of social services clients from of another county entering Sullivan County.

This State of Emergency will remain in effect for five (5) days or until rescinded by a subsequent order. The County Manager exercises the authority given under Section 24 of the New York State Executive Law, to preserve the public health and safety and hereby render all required and available assistance vital to the security, well-being, and health of the citizens of this municipality. The County Manager hereby directs all departments to take steps necessary to protect life, health, and property, public infrastructure, and provide such emergency assistance deemed necessary.

Accordingly, it is hereby ordered:

Section 1. Prohibition that burdens the County of Sullivan:

A. No municipality may make contracts with persons, businesses, or entities within the County of Sullivan to house social services clients from another county for any length of time without the express consent of the County Manager.

B. No hotel, motel, or owner of a multiple dwelling in the County of Sullivan is permitted to contract with another municipality other than the County of Sullivan for the purpose of providing housing to social services clients from another county without a license from the County of Sullivan.

Section 2. Penalties:

A. The Sullivan County Sheriff is authorized to issue appearance tickets for any violation of this Order for the penalty prescribe by New York State Executive Law § 24(5).

Section 3. Notification:

A. Notification to persons, businesses, and entities affected by this Order shall be provided by publication the official newspaper of the County of Sullivan Legislature as well as publication by the Sullivan County Communications Director.

Date: May 18, 2023

_____

Joshua A. Potosek, M.B.A.

Manager, County of Sullivan

Quick Links
Aging (/departments/aging)
Airport (/departments/airport)
Audit and Control (/Departments/Auditcontrol)
Care Center at Sunset Lake (/departments/adultcarecenter)
Center for Workforce Development (/Departments/Workforcedevelopment)
Charter Review Commission (/Departments/CharterReviewCommission)
Community Services (/Departments/Communityservices)

Coroners (/Departments/Coroners)

County Attorney (/Departments/Attorney)

County Historian (/Departments/CountyHistorian)

County Clerk (/departments/clerk)

County Legislature (/departments/legislature)

County Manager (/Departments/Countymanager)

County Treasurer (/Departments/Treasurer)

District Attorney (/Departments/Districtattorney)

Elections (/Departments/Elections)

Electrical Licensing Board (/Departments/ElectricalLicensingBoard)

Emerald Corporate Center Economic Development Corp (/Departments/Emeraldcorporatecenter)

Emergency Control Center, 911 (/Departments/Emergencycommunications)

Emergency Management/Homeland Security (/Departments/Emergencymanagementhomelandsecurity)

EMS (/Departments/EMS)

Family Services (/Departments/FamilyServices)

Fire (/Departments/Fire)

Grants Administration (/Departments/Grants)

Health and Family Services (/Departments/HealthandFamilyServices)

Human Rights Commission (/Departments/Humanrights)

Information Technology Services (/Departments/Informationtechnology)

Management & Budget (/Departments/Managementandbudget)

Motor Vehicle Bureau (/Departments/Clerk/DMV)

Parks and Recreation (/Departments/ParksRecreation)

Personnel (/departments/personnel)

Planning and Environmental Management (/Departments/PlanningEnvironmental)

Probation (/Departments/Probation)

Public Health Services (/Departments/Publichealth)

Public Works (/Departments/PublicWorks)

Purchasing (/Departments/Purchasing)

Real Property Tax Services (/Departments/RealProperty)

Risk Management and Insurance (/Departments/RiskManagement)

Sheriff (/Departments/Sheriff)

Solid Waste & Recycling (/Departments/SolidWasteRecycling)

Stop DWI (/Departments/STOPDWI)

Sullivan Tobacco Asset Securitization Corporation (/Departments/TobaccoAssetSecuritization)

Sustainable Energy (/Departments/SustainableEnergy)

Transportation (/Departments/Transportation)

Veterans Service Agency (/Departments/Veterans)

Wellness Committee (/Departments/Wellnesscommittee)

Youth Bureau (/Departments/Youthbureau)

# SULLIVAN COUNTY NEWS (/NEWS/2023)

Current News (/news/2023)

2022 News Archives (/news/2022)

2021 News Archives (/news/2021)

2020 News Archives (/news/2020)

2019 News Archives (/news/2019)

2018 News Archives (/news/2018)

2017 News Archives (/news/2017)

# HELPFUL LINKS

**NEW! List of Redeemable Foreclosed Properties**

(/sites/default/files/departments/treasurer/2021%20List%20of%20Foreclosure%20Properties.pdf)

**Make Your DMV Appointment (https://sullivancountydmvscheduling.as.me/schedule.php?)**

2023 Plan for Road and Bridgework

(/sites/default/files/departments/DPW/2023%20DPW%20Program%20Final.pdf)

Sullivan County 2023 Adopted Budget (/Departments/Managementandbudget/Budgetdocuments)

**Calendar of County Government Events (/calendar)**

Info on Hughes Energy Autoclave Proposal (/Departments/Legislature/HughesEnergy)

How We're Using ARPA Funds (/Departments/Countymanager/ARPA)

Watch Legislature Meetings (https://sullivancountyny.legistar.com/Calendar.aspx)

**March/April 2023 County Manager's Newsletter**

(/sites/default/files/departments/CMGR/Newsletter/2023/County%20Manager%20MarchApril%202023%2

Freedom of Information Law (FOIL) (https://sullivanny.us/Departments/Countymanager/Foil)

Sullivan County 2022 Annual Report

(/sites/default/files/departments/CMGR/AnnualReports/2022/2022%20SC%20Annual%20Report.pdf)

Food Pantry Guide

   English (/sites/default/files/departments/HFS/Resources/ENGLISH%20-%20FOOD%20PANTRY%20GUIDE%20PRINT%202%20SIDED%20FLIP%20ON%20SHORT%20EDGE.pdf)

   Espanol (/sites/default/files/departments/HFS/Resources/SPANISH%20-%20FOOD%20PANTRY%20GUIDE%20-%20PRINT%202%20SIDED%20-

%20FLIP%20ON%20SHORT%20SIDE.pdf)



© 2023 Copyright Sulllivan
County. All rights reserved.

**Contact Sullivan County:**
100 North Street
Monticello, NY 12701
Phone: (845) 794-3000
Contact Us (/contact)

**Navigation**
Government (/government)
Departments (/departments)
Business (/Business)
Visitors (/visitors)
Jobs (https://sullivan-portal.mycivilservice.com/jobopps)

County Connections

FACEBOOK LINK (https://www.facebook.com/sullivancountygov/) INSTAGRAM LINK
(https://www.Instagram.com/sullivancountygov) YOUTUBE LINK
(https://www.youtube.com/channel/UC-6KnDAiuQEnDNWO13Ev1sw) TWITTER LINK
(https://twitter.com/sullivancntygov) LINKEDIN LINK
(https://www.linkedin.com/company/sullivancountynygovernment) COUNTY NEWS (/news/2022)
COUNTY EMAIL (/contact) COUNTY VIDEO (https://www.elocallink.tv/m/v/Redesign4/?
pid=w4w3y6A3z21&fp=nysulli22_wel_rev1_iwd)

Select Language