# EXHIBIT D





**DEPARTMENT OF HEALTH**
Dr. Robert L. Yeager Health Center
50 Sanatorium Road, Building D
Pomona, New York 10970
Phone: (845) 364-2512   Fax: (845) 364-2628

May 9, 2023

**VIA HAND DELIVERY**
Armoni Inn & Suites
c/o Ashok Bhatt
329 Route 303
Orangeburg, NY 10962

RE:   Notice to Close - Operation Without a Permit

Dear Mr. Bhatt:

As you are aware, the Temporary Residence permit issued to you as the operator of Armoni Inn & Suites located at 329 Route 303, Orangeburg, NY 10962 (the "Hotel") expired on April 30, 2023.

We are in receipt of your 2023 Temporary Residence annual permit application packet and fee. For the reasons that follow, at this time, no new permit will be issued and, therefore, the Hotel is required to close in accordance with SubPart 7-1 of the New York State Sanitary Code.

Based upon recent reports in the press concerning the intent and activities of the Mayor of the City of New York, before issuing a new permit to the Hotel, the Rockland County Department of Health (RCDOH) must review and determine whether a Temporary Residence permit would be appropriate or if a different permit for the announced shelter activity you are preparing to engage in is necessary and, if so, what conditions must be met. Additionally, pursuant to the Local State of Emergency, Emergency Order No. 1 (Sustainable Migration) issued by the County Executive on May 6, 2023, if you intend to provide housing or accommodations for migrants or asylum seekers, an additional license from the County also would be required.

If you are interested in obtaining a new permit, please produce, within seven (7) business days of the date of this letter, copies of any and all records with the City of New York regarding the proposed shelter and/or housing or accommodations for migrants or asylum seekers including, but not limited to, any executed contract with the City of New York.

If you wish to request an opportunity to be heard regarding this decision, you must submit your request in writing to RCDOH by May 23, 2023.

Sincerely,

Kevin T. McKay, MPH
Deputy Commissioner of Health
Rockland County Department of Health

Cc: Ephraim Vashovsky
    Aims Orangeburg Management LLC
    Palisades Estate EOM LLC 225 Broadway 39th Flr., New York, NY  10007

Rocklandgov.com