| US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK COUNTY OF | AFFIDAVIT OF SERVICE |
|---|---|
| PALISADES ESTATES EOM, LLC, ET AL | CLIENT: DLS<br>FF/INDEX #:<br>DATE FILED 5/23/23<br>DOCKET #: CASE 7:23 CV-04215-UA |
| Plantiff(s)/Petitioners(s)<br>- AGAINST -<br>COUNTY OF ROCKLAND, NEW YORK, ET AL<br>Defendant(s) / Respondent(s) | PRESIDING:<br>COURT D/T:<br>AMOUNT: |

**STATE OF NEW YORK, COUNTY OF ORANGE ss:**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 5/25/23 at 12:13 PM at 1496 ROUTE 300 NEWBURGH, NEW YORK 12550

deponent served the within SUMMONS IN A CIVIL ACTION, AMENDED COMPLAINT, CIVIL COVER SHEET, ADDENDUM TO CIVIL COVER SHEET, RULE 7.1 STATEMENT, RELATED CASE STATEMENT AND ECF RULES & INSTRUCTIONS

on GILBERT J. PIAQUADIO, IN HIS OFFICIAL CAPACITY AS TOWN SUPERVISOR OF THE TOWN OF NEWBURGH therein named

**SUITABLE AGE** ☑ By delivering a true copy thereof to and leaving with **LISA AYERS, CO-WORKER** a person of suitable age and discretion, the said premises being the defendants - respondents
☐ dwelling place  ☑ place of business  ☐ last known address  within the State of New York

☐ AND AT THE SAME TIME PAYING IN ADVANCE THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

**FEMALE, WHITE SKIN, BLONDE HAIR, 36-50 YRS., 5'0"-5'4", 101-131 LBS**

Other identifying features:

**GLASSES**

**MAILING** ☑ Deponent completed said service under the last two sections by depositing a copy of the above named process in a postpaid properly addressed envelope in an official depositary under the exclusive care and custody of the United States Post Office in the State of New York, addressed to the defendant in an envelope bearing the legend "Personal and Confidential" and not indicating on the outside of the envelope that the communication is from an attorney

Mailed on: **5/31/23**

☐ at his last known residence  ☑ at his place of business  ☐ at his last known address

Address confirmed by:

**MILITARY SERVICE** ☑ I asked the person spoken to whether defendant / respondent was in active military service or financially dependant upon anyone who is in the military service of the United States or of the State of New York in any capacity whatsoever and received a negative reply. Defendant / respondent wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant / respondent is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on: 6/5/2023

JOHN GOULD

JO-ANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES AUGUST 15, 20__
01JO5031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES NOVEMBER 30, 20__
01GO4632958

GULSEN GREEN
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES JUNE 6, 20__
01GR6128219

| | |
|---|---|
| US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK<br>COUNTY OF | AFFIDAVIT OF SERVICE |

PALISADES ESTATES EOM, LLC, ET AL

Plantiff(s)/Petitioners(s)

- AGAINST -

COUNTY OF ROCKLAND, NEW YORK, ET AL

Defendant(s) / Respondent(s)

CLIENT: DLS
FF/INDEX #:
DATE FILED: 5/23/23
DOCKET #: CASE 7:23
CV-04215-UA

PRESIDING:
COURT D/T:
AMOUNT:

STATE OF NEW YORK, COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 5/25/23 at 12:13 PM at 1496 ROUTE 300 NEWBURGH, NEW YORK 12550

deponent served the within SUMMONS IN A CIVIL ACTION, AMENDED COMPLAINT, CIVIL COVER SHEET, ADDENDUM TO CIVIL COVER SHEET, RULE 7.1 STATEMENT, RELATED CASE STATEMENT AND ECF RULES & INSTRUCTIONS

on TOWN OF NEWBURGH therein named

**CORPORATION** ☑ By delivering to and leaving with **LISA AYERS** and that he knew the person
so served to be the **TOWN CLERK** of the corporation, and authorized to accept service.

☐ AND AT THE SAME TIME PAYING IN ADVANCE   THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

**FEMALE, WHITE SKIN, BLONDE HAIR, 36-50 YRS., 5'0"-5'4", 101-131 LBS**

Other identifying features:

**GLASSES**

Sworn to before me on: 5/31/2023

JOHN GOULD

JO-ANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES AUGUST 15, 20__
01JO5031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES NOVEMBER 30, 20__
01GO4632958

GULSEN GREEN
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES JUNE 6, 20__
01GR6128219