**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK**

Civil Number: 7:23-cv-04215-UA
Date Filed: 5/23/2023
Court/Return Date: 4/5/2023

Palisades Estates EOM, LLC, et al

*Plaintiff*

vs

County of Rockland, New York, et al

*Defendants*

STATE OF NEW YORK, COUNTY OF ONEIDA, SS.:

## AFFIDAVIT OF SERVICE

_Patrick J. Lang_ , being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On **May 30, 2023**, at **10:40 AM** at **138 N. Court Street, Wampsville, NY 13163**, Deponent served the within **Summons in a Civil Action and Amended Complaint, Civil Cover Sheet, Addendum Sheet, Rule 7.1 Statement, Related Case Statement, and ECF Rules and Instructions**

On: **County of Madison, New York** , **Company** therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☒ **#2 ENTITY/CORPORATION/LLC/LLP**
By delivering to and leaving with **Andrea Hitchings** said individual to be **Deputy County Clerk** who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐ **#3 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to  () a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment  [] dwelling house (usual place of abode) within the state.

☐ **#4 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects
[ ] actual place of business / employment  [ ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having attempted personal delivery on;

Address confirmation:

☐ **#5 MAILING**
On  , service was completed by mailing a true copy of above document(s) to **County of Madison, New York** at 138 N. Court Street, Wampsville, NY 13163 in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York

☒ **#6 DESCRIPTION**
Sex: Female       Color of skin: White       Color of hair: Blonde   Age: 36 - 50 Yrs.
Height: 5' 4" - 5' 8"       Weight: 131 - 160 Lbs.  Glasses: No Other Features:

☐ **#7 WITNESS FEES**
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☐ **#8 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York and was informed that said person is not.

☐ **#9 OTHER**

Sworn to before me on May 30, 2023

PATRICIA A. LUPIA
Notary Public, State of New York
NO.01LU5006371
APPOINTED IN ONEIDA COUNTY
MY COMMISSION EXPIRES IN DECEMBER 28, 2026

MICHAEL S. LUPIA
Notary Public, State of New York
NO.01LU6311980
APPOINTED IN ONEIDA COUNTY
MY COMMISSION EXPIRES IN SEPTEMBER 22, 2026

Process Server, Please Sign
Patrick J. Lang

Job #: 2302436
Client's File No.: 289745

*DLS, INC. P.O. BOX 2083 NEW YORK, NY 10013*