

# PRYOR CASHMAN LLP

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806

New York | Los Angeles | Miami

pryorcashman.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/9/2023
```

**Perry M. Amsellem**

Direct Tel: 212-326-0119
Direct Fax: 212-798-6315
PAmsellem@PRYORCASHMAN.com

June 8, 2023

**MEMO ENDORSED**

**VIA ECF**

Hon. Nelson S. Román
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

The Court GRANTS Plaintiffs' consented to request for an extension to respond to the Orangetown Defendants' pre-motion letter on or before June 22, 2023. The Clerk of the Court is kindly directed to terminate the motion at ECF No. 127.

Dated: June 9, 2023
White Plains, NY

SO ORDERED:

*/s/ Nelson S. Román*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Re: *Palisades Estates EOM, LLC et al. v. County of Rockland, New York et al.,*
<u>Case No. 7:23-cv-04215(NSR)  Request for Extension Without Objection</u>

Dear Judge Román:

We are counsel to Plaintiffs in the above-referenced action. Counsel for defendants Town of Orangetown and Town Supervisor Teresa M. Kenny submitted a premotion letter dated June 7, 2023, which Your Honor memo-endorsed that same day, by which those defendants seek to make a motion to dismiss pursuant to FRCP 12(b)(1) and (6). Your Honor's memo endorsement directs Plaintiffs to respond by June 12, 2023.

Plaintiffs respectfully advise the Court that **opposing counsel does not object to Plaintiff's request for a 10-day extension of Plaintiffs' deadline to respond to Defendants' premotion letter, extending the deadline from June 12, 2023 until June 22, 2023.** Plaintiffs respectfully request that the Court grant this good faith request for good cause. There have been no prior requests for an adjournment or extension of this deadline, and no premotion conference



Hon. Nelson S. Román
June 8, 2023
Page 2

date has been set.  The ten-day requested extension is necessary to accommodate both my heavily-conflicted professional schedule and medical appointments for both this week and next.

    Thank you.

                                                               Respectfully,

                                                               *Perry M. Amsellem*

                                                               Perry M. Amsellem

CC:    All Counsel

7560360 v3
33792 00001