**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PALISADES ESTATES EOM LLC, et al.,

      Plaintiffs,

  -against-

COUNTY OF ROCKLAND, NEW YORK, et al.,

      Defendants.
-----------------------------------------------------------X

Case No. 7:23-cv-04215-UA

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
        S.S.:
COUNTY OF ULSTER     )

**RICHARD LORBERER, JR.**, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., INC., and is not a party to this action.

That on the 26th day of May, 2023, at approximately 10:12 am, deponent served a true copy of the **SUMMONS; AMENDED COMPLAINT; CIVIL COVER SHEET; ADDENDUM TO CIVIL COVER SHEET; RULE 7.1 DISCLOSURE STATEMENT; RELATED CASE STATEMENT; ELECTRONIC CASE FILING RULES & INSTRUCTIONS** upon **COUNTY OF GREENE, NEW YORK** at 411 Main Street, Catskill, NY 12414, by personally delivering and leaving the same with **AMY E. KATTO**, who is a Deputy County Clerk and is authorized to receive service at that address.

**AMY E. KATTO** is a white female, approximately 50-55 years of age, stands approximately 5 feet 4-6 inches tall, and weighs approximately 170-180 pounds with blonde hair.

_____
**RICHARD LORBERER, JR.**

Sworn to before me this
2nd day of June, 2023

_____
NOTARY PUBLIC
NICOLE SIMMONS
#01SI6180797
Notary Public, State of New York
Qualified in Ulster County
Comm. Expires 01/22/2024

# 289752

D.L.S., Inc.
401 Broadway
Suite 808
New York, NY 10013
212-925-1220
www.dlsnational.com