UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PALISADES ESTATES EOM, LLC, *et al.*,

                      Plaintiffs,

   -against-

COUNTY OF ROCKLAND, New York, *et al.*,

                      Defendants.
------------------------------------------------------------x

Case No. 7:23-cv-4215 (NSR)

**STIPULATION EXTENDING DEFENDANTS' TIME TO APPEAR, MOVE OR ANSWER THE AMENDED COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the Plaintiffs and Defendants TOWN OF NEWBURGH, NEW YORK and GILBERT J. PIAQUADIO, in his official capacity as Town Supervisor of the Town of Newburgh ("Defendants") in the within action, that the time for Defendants to appear, move or answer the Amended Complaint is extended to July 17, 2023.

Dated: June 8, 2023

*/s/ Todd E. Soloway*
Todd E. Soloway, Esq.
PRYOR CASHMAN LLP
Attorneys for Plaintiffs
7 Times Square
New York, New York 10036
(212) 421-4100
Email: tsoloway@pryorcashman.com

*/s/ Jeffrey D. Sherwin*
JEFFREY D. SHERWIN, ESQ.
MacVEAN, LEWIS, SHERWIN & McDERMOTT, P.C.
Attorneys for Defendants
TOWN OF NEWBURGH, NEW YORK and GILBERT J. PIAQUADIO, in his official capacity as Town Supervisor of the Town of Newburgh
34 Grove Street, P.O. Box 310
Middletown, New York 10940
(845) 343-3000
Email: jsherwin@mlsmlaw.com