USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/2023

## COUNTY OF ONONDAGA



**MEMO ENDORSED**

J. Ryan McMahon, II
County Executive

Robert A. Durr
County Attorney

**DEPARTMENT OF LAW**
John H. Mulroy Civic Center, 10th Floor
421 Montgomery Street
Syracuse, New York 13202
Telephone: (315) 435-2170
Fax: (315) 435-5729

June 20, 2023

<u>Via ECF</u>

Hon. Nelson S. Román
United States District Judge
United States District Court, Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *Palisades Estates EOM, LLC, et al. v. County of Rockland, et al.*
      Civil Action No.: 7:23-cv-04215-NSR

Dear Judge Román:

I represent Onondaga County in the above-referenced matter. I am in receipt of the letter filed last evening by the Plaintiffs' counsel in this matter (Doc. 181). Plaintiffs' letter seeks an extension of their time to respond to various Defendants' requests for pre-motion conferences with the Court. While Onondaga County generally does not object to the Plaintiffs' request to extend their deadline to respond to those letters to July 20, 2023, we note that the present deadline for Onondaga County to answer is July 17, 2023. As Onondaga County has requested a pre-motion conference seeking leave to file a Rule 12 motion to dismiss, we would respectfully request that our time to answer or move to dismiss be extended to sometime after a conference with the Court has been held if the Court grants the Plaintiffs' request.

Thank you for your review and consideration of the foregoing.

Respectfully,

John A. Sickinger
Senior Deputy County Attorney

Counsel is directed to the Court's Individual Rule 3(A)(ii): "If a pre-motion conference is requested in connection with a proposed motion to dismiss, the request will stay the deadline for the requesting party to move or answer, and a new deadline will be set at the conference."

SO ORDERED:

Dated: June 22, 2023
White Plains, NY

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Hon. Nelson S. Román
June 20, 2023
Page 2



cc: All Counsel of Record (Via ECF)