

August 16, 2023

**Via PACER**

Hon. Nelson S. Román, U.S.D.J.
Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601

   **Re:** **Palisades Estates EOM, LLC, et al. v. County of Rockland, et al.**
      **Civil Case No.: 7:23-cv-04215**
      **KSLN File No.: COO 45022**

**SYRACUSE**
4615 North Street
Jamesville, NY 13078
p 315.492.3000
f 716.853.0265

kslnlaw.com

Your Honor:

On behalf of defendant, COUNTY OF ONEIDA ("Oneida County"), and in compliance with the Court's directive (dkt. #199), I write to inform that Oneida County will respond to the Second Amended Complaint via a FRCP Rule 12 motion to dismiss.

Respectfully,

KENNEY SHELTON LIPTAK NOWAK LLP

Daniel K. Cartwright, Esq.
dkcartwright@kslnlaw.com

DKC/

cc (via PACER): all parties