```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___8/18/2023___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PALISADES ESTATES EOM, LLC, *et al*,

                Plaintiffs,

  -against-

COUNTY OF ROCKLAND, NEW YORK, *et al*,

                Defendants.

7:23-CV-04215 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

    The Court is in receipt of the parties' letters, in which Defendants seek an extension of time to oppose Plaintiffs' motion for a preliminary injunction (ECF No. 239), and in which Plaintiffs oppose Defendants' extension request and, in the alternative, ask this Court for leave to re-file its motion with an order to show cause containing a proposed temporary restraining order.

    Upon review of the parties' submissions, the Court GRANTS Defendants' request for an extension of time to oppose Plaintiffs' motion. The briefing schedule is extended as follows:

    (1) Defendants are directed to file opposition papers on or before September 22, 2023;

    (2) Plaintiffs are directed to file reply papers on or before October 6, 2023.

The parties are directed to provide Chambers with two physical courtesy copies of their motion papers on the same date they are served on opposing counsel. The parties are further directed to provide the Court with an electronic courtesy copy of the motion papers as they are served.

    Defendants may file a consolidated opposing memorandum of law that is limited to 75 pages. If any of the Defendants seek to file additional arguments unique to them, they must seek leave in writing to do so. The reply memorandum in support of the consolidated motion is limited to 25 pages.

2

In addition, upon review of Plaintiffs' submissions, the Court DENIES, without prejudice to renew at a later time, Plaintiffs' request for leave to re-file their motion with an order to show cause containing a proposed temporary restraining order.

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 256, 261, 262, 263, 269, and 271.

SO ORDERED.

Dated: August 18, 2023
       White Plains, New York

_____
NELSON S. ROMÁN
United States District Judge