USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/2023

**MEMORANDUM ENDORSEMENT**

<u>Palisades Estates EOM, LLC et al v. County of Rockland, New York et al</u>, 23-cv-4215 (NSR)

    The Court is in receipt of the attached letter from Plaintiffs, dated September 28, 2023, outlining the parties' jointly-proposed briefing schedule for Defendants' motion to sever and transfer, Plaintiffs' motion for preliminary injunction, and Defendants' motion to dismiss.

    The Court adopts the parties' jointly-proposed briefing schedule:

**October 23, 2023:**

    (i)    Defendants serve moving papers for their motion to dismiss,
    (ii)    Defendants serve moving papers for their motion to sever and transfer, and
    (iii)    Defendants serve opposition papers for Plaintiffs' motion for a preliminary injunction;

**December 1, 2023:**

    (i)    Plaintiffs serve opposition papers for Defendants' motion to dismiss, and
    (ii)    Plaintiffs serve opposition papers for Defendants' motion to sever and transfer; and

**December 22, 2023:**

    (i)    Defendants serve reply papers for their motion to dismiss,
    (ii)    Defendants serve reply papers for their motion to sever and transfer, and
    (iii)    Plaintiffs serve reply papers for their motion for a preliminary injunction.
    (iv)    All papers shall be filed on the reply date.

    The Clerk of Court is respectfully directed to terminate the motion at ECF No. 300.

DATED: October 5, 2023

White Plains, NY

SO ORDERED:

*[signature]*
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE



Perry M. Amsellem

Direct Tel: 212-326-0119
Direct Fax: 212-798-6315
PAmsellem@PRYORCASHMAN.com

September 28, 2023

**VIA ECF**
Hon. Nelson S. Román
United States District Court, Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    *Palisades Estates EOM, LLC, et al. v. County of Rockland, New York, et al.*,
             Index No. 7:23-cv-04215-NSR – Jointly Proposed Briefing Schedule

Dear Judge Román,

    We are counsel for Plaintiffs in the above-referenced action. We write in response to this Court's Order of September 21, 2023 (ECF No. 305), in which Your Honor directed the parties to "meet and confer and jointly propose a briefing schedule for the three aforementioned motions [Plaintiffs' motion for a preliminary injunction, Defendants' motion to dismiss, and Defendants' motion to sever and transfer] that results in all three motions being fully submitted on the same date."

    We have been in contact with Edward J. Phillips, Esq. of Keane and Beane P.C., counsel for Defendants Town of Orangetown and Teresa M. Kenny, who has been acting as an unofficial conduit for Defendants concerning the amended briefing schedule in this matter. We believe the following schedule reflects an acceptable tentative compromise for all parties:

- **October 23, 2023**: (i) Defendants serve moving papers for their motion to dismiss, (ii) Defendants serve moving papers for their motion to sever and transfer, and (iii) Defendants serve opposition papers for Plaintiffs' motion for a preliminary injunction;

- **December 1, 2023**: (i) Plaintiffs serve opposition papers for Defendants' motion to dismiss, and (ii) Plaintiffs serve opposition papers for Defendants' motion to sever and transfer; and

- **December 22, 2023**: (i) Defendants serve reply papers for their motion to dismiss, (ii) Defendants serve reply papers for their motion to sever and transfer, and (iii) Plaintiffs serve reply papers for their motion for a preliminary injunction. All papers shall be filed on that day.



Hon. Nelson S. Román
September 28, 2023
Page 2

      We will immediately seek Your Honor's assistance if further necessary. Thank you for your attention to this matter.

                                      Very truly yours,

                                      *Perry M. Amsellem*
                                      Perry M. Amsellem