

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/2023
```

September 20, 2023

**Via PACER**

Hon. Nelson S. Román, U.S.D.J.
Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601

**SYRACUSE**
4615 North Street
Jamesville, NY 13078
p 315.492.3000
f 716.853.0265

kslnlaw.com

      Re:    Palisades Estates EOM, LLC, et al. v. County of Rockland, et al.
             Civil Case No.: 7:23-cv-04215
             KSLN File No.: TRI 45359

Your Honor:

On behalf of defendant TOWN OF SALINA ("Town of Salina"), please accept this letter as a request for permission to file a supplemental response in opposition to the pending motion for preliminary injunction.  The reason for the request is that, in collaborating with the other defendants on the joint response, it appears that certain arguments pertaining only to the Town of Salina may warrant additional briefing.  Although I am uncertain at this time how much additional briefing would be required, it would certainly be within the twenty-five (25) page limit that has been allotted to the other defendants that have made similar requests.

I make this request in good faith and in accordance with your rules.  Thank you in advance for your consideration of this request, and should Your Honor require anything further, please do not hesitate to contact me.

Respectfully,

KENNEY SHELTON LIPTAK NOWAK LLP

*[signature]*

Daniel K. Cartwright, Esq.
dkcartwright@kslnlaw.com

DKC/

cc (via PACER): all parties

**MEMO ENDORSED:**

With respect to Plfs.' motion for preliminary injunction, Def. Town of Salina is GRANTED leave to file additional arguments unique to it in accordance with the joint briefing schedule adopted at ECF No. 309. Def. is granted leave to do so in a supplemental opposition memorandum of law not to exceed 25 pages.

The Clerk of Court is kindly directed to term. the mot. at ECF No. 304.

SO ORDERED:

Dated: October 5, 2023
White Plains, NY

*[signature]*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE