STATE OF NEW YORK
COUNTY OF DUTCHESS
-----------------------------------------------------------------X

TOWN OF POUGHKEEPSIE,

              Plaintiff,

           -against-

SOUTH ROAD HOSPITALITY LLC d/b/a RED
ROOF PLUS, HUDSON CONFERENCE CENTER
LLC d/b/a HOLIDAY INN POUGHKEEPSIE, and
SANDIP PATEL

              Defendants.
-----------------------------------------------------------------X

**NOTICE OF
DISCONTINUANCE**

Index No. 2023-51688

     ***PLEASE TAKE NOTICE*** that, under CPLR §3217 (a)(1), the undersigned attorneys for

the Plaintiff, TOWN OF POUGHKEEPSIE, hereby discontinue the above-entitled action as

against Defendants SOUTH ROAD HOSPITALITY LLC d/b/a RED ROOF PLUS, HUDSON

CONFERENCE CENTER LLC d/b/a HOLIDAY INN POUGHKEEPSIE and SANDIP PATEL.

Dated: Carle Place, NY
       April 9, 2024

                                 SOKOLOFF STERN, LLP
                                 *Attorneys for Plaintiff*

                              Brian S. Sokoloff
                                   Digitally signed by
                                   Brian S. Sokoloff
                                   Date: 2024.04.09
            By:_____ 11:18:43 -04'00'
                            Brian S. Sokoloff
                            179 Westbury Avenue
                            Carle Place, New York 11514
                            (516) 334-4500
                            Our File No. 230170

TO:    All counsel
       *By NYSCEF*