

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

BRIAN S. SOKOLOFF
BSOKOLOFF@SOKOLOFFSTERN.COM

July 3, 2024

Honorable Nelson S. Román
United States District Court
300 Quarropas Street
White Plains, NY 10601

*BY ECF*

        Re:    *Palisades Estates EOM, LLC, et al. v. County of Rockland, et al.*
              Docket No. 23-cv-04215 (NSR)

Dear Judge Román:

     We represent Dutchess County (and its officials), the Town of Poughkeepsie, Rensselaer County, Herkimer County, Genessee County, Orleans County, Greene County, Chautauqua County, Fulton County, Oswego County, Otsego County, Schoharie County, Tioga County, and Wyoming County. I respond to the letter of Plaintiffs' counsel, dated July 2, 2024 [DE-399].

     Poughkeepsie discontinued its lawsuit after Supreme Court, Dutchess County concluded Dutchess County's Article 78 proceeding against the City of New York and the Poughkeepsie hotels by issuing a permanent injunction. *See* Decision and Order in *The County of Dutchess, et al. v. The City of New York, et al.* (Sup. Ct. Dutchess County Index No. 2023-51697), filed on December 13, 2023, a copy of which I annex as Exhibit "A".

     Because the Town of Poughkeepsie sits in Dutchess County, the December 13, 2023 permanent injunction, a final determination on the merits, gave Poughkeepsie the same relief it sought in its own proceeding. There was no need for Poughkeepsie to continue because the program it challenged ended.

     The idea that superfluous litigation accomplishes nothing, costs money, and only gums up the courts should also motivate the dismissal of this lawsuit (by Plaintiffs or by the Court if Plaintiffs will not). Its entire premise rests on a program ruled illegal by state court after *Plaintiffs here* had a full and fair opportunity to litigate.

     Federal courts are not debating societies. When the subject matter on which a party builds a case has evaporated, it is time to call it a day.

Sokoloff Stern LLP

Honorable Nelson S. Román
July 3, 2024
Page 2 of 2

      Thank you for your consideration of this matter.

                                             Very truly yours,

                                             SOKOLOFF STERN LLP

*[signature: Brian S. Sokoloff]*

                                             Brian S. Sokoloff

BSS/--
cc:     All counsel

        *BY ECF*